UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

NICHOLAS BONANO,

                    Plaintiff,              25-cv-5013 (JGK)

          - against -                       ORDER

MANHATTAN MOTORCARS, INC. & ARTHUR
FENTON

                    Defendants.
―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

September 26, 2025.


SO ORDERED.

Dated:    New York, New York
          September 12, 2025

                                    _____
                                       John G. Koeltl
                                    United States District Judge