UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NICHOLAS BONANO,

                Plaintiff(s)

    -against-

MANHATTAN MOTORCARS, INC., et al.,
                Defendant(s).
-------------------------------------------------------------X

25 civ 5013 (JGK)

## ORDER

The conference scheduled for September 23, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2025